J. J. Pelham, Plaintiff in Error, v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, *En Banc*, March 24, 1908.)

Writ of Error to Circuit Court, Jackson county; J. Emmet Wolfe, Judge.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Dismissed by the court *sua sponte* for failure to file brief.